

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|                       | §   |                        |
| --------------------- | --- | ---------------------- |
| FERNANDO MAGALDE,     | §   | No. 08-12-00065-CR     |
|                       | §   |                        |
| Appellant,            |     | Appeal from            |
|                       | §   |                        |
| v.                    |     | 120th District Court   |
|                       | §   |                        |
| THE STATE OF TEXAS,   |     | of El Paso County, Texas |
|                       | §   |                        |
| Appellee.             |     | (TC # 2011D05035)      |
|                       | §   |                        |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF MARCH, 2014.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.